**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIXICOM, LLC,**

    Movant,

vs.                                                  **CASE NO.:** 16-CV-00703-MSS/JSS

**FOUR CORNERS DIRECT, INC.,**

    Respondent.

_____/

**MOVANT VIXICOM, LLC'S MOTION**
**TO REQUIRE COMPLETION OF FLORIDA RULE OF**
**CIVIL PROCEDURE FORM 1.977(B), FACT INFORMATION SHEET**

Movant, Vixicom, LLC ("Vixicom"), moves the Court pursuant to Federal Rule of Civil Procedure 69 to require Respondent, Four Corners Direct, Inc. ("Four Corners") to complete Florida Rule of Civil Procedure Form 1.977(b) and to provide the required documentation, and in support states as follows:

### I.    INTRODUCTION

On March 14, 2016, Vixicom received an arbitration award in its favor. [ECF No. 1-4]. Vixicom has now filed a motion with this Court seeking confirmation of that award and entry of a judgment in its favor. [ECF No. 1]. In anticipation of that expected judgment, Vixicom moves the Court to require Four Corners to complete Florida Rule of Civil Procedure Form 1.977(b).

## II. MEMORANDUM OF LAW AND ARGUMENT

Federal Rule of Civil Procedure 69(a) provides that:

(1) Money Judgment; Applicable Procedure. A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution--and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

(2) Obtaining Discovery. In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located.

Thus, Rule 69 authorizes Vixicom to obtain discovery and to execute its judgments by using any means available under Florida procedure. *DiFrancesco v. Home Furniture Liquidators, Inc.*, No. 06-21709-CIV, 2009 WL 36550, at *2 (S.D. Fla. Jan. 6, 2009) ("Florida's procedure in aid of execution governs the instant action.") (citing Rule 69).

Florida Rule of Civil Procedure 1.560(b) provides that:

[T]he court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable itme as determined by the court. Failure to obey the order may be considered contempt of court.

Federal courts are authorized under Federal Rule of Civil Procedure 69 to enforce Florida Rule of Civil Procedure 1.560(b). *See Rodriguez v. Super Shine & Detailing, Inc.*, No. 09-23051-CIV, 2013 WL 4786596, at *3-*4 (S.D. Fla. Sept. 6, 2013) (ordering a judgment debtor to complete Form 1.977); *see also Vixicom, LLC v. Saveology.com LLC*, Case No. 13-CV-62150, ECF No. 60 (S.D. Fla. Aug. 8, 2014) (granting motion to require completion of fact information sheet).

### III. ARGUMENT

There is no question Vixicom is (after it's primary motion in this case is granted) a judgment creditor or that Florida's procedure applies and authorizes the relief requested herein. There is therefore no question that Vixicom is entitled to have Four Corners complete Form 1.977 and to provide the required documentation. Consequently, Vixicom respectfully requests that the Court order Four Corners to complete Form 1.977(b) (a copy of which is attached as Exhibit A) and to provide all required attachments to same within 45 days.

### IV. RULE 3.01(g) CERTIFICATION

The Undersigned notes that he is filing this motion, now so that it may be served with the primary motion in this case. In light of the withdrawal of counsel in the underlying arbitration, the Undersigned does not expect any counsel will appear, however, the Undersigned will attempt to confer with Respondent's counsel, if any, or Respondent if none, after service and will file an updated conferral certificate at that time.

### CERTIFICATE OF SERVICE

I hereby certify that this motion will be served with the underlying motion to confirm the arbitration award on Respondent through its registered agent of record.

Respectfully submitted on March 24, 2016,

By: s/Daniel A. Krawiec
Daniel A. Krawiec
Florida Bar No. 59136
dkrawiec@hinshawlaw.com
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301
Telephone: 954-467-7900
Fax: 954-467-1024

19143909v1 0964351