**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIXICOM, LLC,**

    Movant,

vs.                                      **CASE NO.:** 16-CV-00703-MSS/JSS

**FOUR CORNERS DIRECT, INC.,**

    Respondent.

_____/

## MOVANT VIXICOM, LLC'S MOTION FOR A CLERK'S DEFAULT

Movant, Vixicom, LLC ("Vixicom"), moves pursuant to Federal Rule of Civil Procedure 55 and Local Rule 1.07(b) for entry of a Clerk's Default against Respondent, Four Corners Direct, Inc., and in support states as follows:

Vixicom filed this action, which centers on a Motion to Confirm an Arbitration Award [ECF No. 1], on March 21, 2016. On March 31, 2016, a summons and the Motion were served on Respondent Four Corners Direct. [ECF No. 6]. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Four Corners had 21 days, until March 21, 2016, to respond to same but, to date, has failed to plead or otherwise defend. Four Corners has also not contacted the undersigned seeking an extension of time. According, Vixicom respectfully requests entry of a Clerk's Default against Four Corners. *See Ameriprise Fin. Servs., Inc. v. Fischetti*, No. 6:11-cv1933-Orl-31DAB, 2012 Wl 1854260 (M.D. Fla. Apr. 30, 2012) (granting a default final judgment in a motion to enforce an arbitration award after entry of a clerk's default judgment).

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a copy of this motion was served on Respondent through its registered agent of record, Martin A. Lothman, 7417 Sanderling Road, Sarasota, FL 34242, via certified US Mail.

Respectfully submitted on April 22, 2016,

By: s/Daniel A. Krawiec
Daniel A. Krawiec
Florida Bar No. 59136
dkrawiec@hinshawlaw.com
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301
Telephone: 954-467-7900
Fax: 954-467-1024