**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VIXICOM, LLC,**

> **Plaintiff,**

**v.**                                                    **Case No: 8:16-cv-703-T-35JSS**

**FOUR CORNERS DIRECT, INC.,**

> **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Require Completion of Florida Rule of Civil Procedure 1.977 Fact Information Sheet (Dkt. 3) filed by Vixicom, LLC ("Vixicom").   On March 21, 2016, Vixicom initiated this action against Four Corners Direct, Inc. ("Four Corners") to confirm an arbitration award pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.*  (Dkt. 1)   On June 30, 2016, the Court granted Vixicom's Motion for Default Judgment and directed the Clerk to enter final judgment in favor of Vixicom and against Four Corners confirming the subject arbitration award.   (Dkt. 10)   The Clerk entered final judgment in favor of Vixicom and against Four Corners on July 1, 2016.   (Dkt. 11)

In the instant Motion, Vixicom requests that the Court enter an order directing Four Corners to complete the Florida Rule of Civil Procedure Form 1.977 in aid of execution of the judgment.   (Dkt. 3)   Four Corners has failed to appear in this action or otherwise respond to Vixicom's Motion; therefore, the Court considers the Motion unopposed. Pursuant to Federal Rule of Civil Procedure 69(a)(2): "In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may

obtain discovery from any person—including the judgment debtor—as provided in these rules or by procedure of the state where the court is located." Florida Rule of Civil Procedure 1.560(c) provides that, if a prevailing party so requests, the judge shall require the judgment debtor to complete the Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet within forty-five (45) days from the date of the final judgment.

Accordingly, it is hereby **ORDERED** that Four Corners shall complete the Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet and provide the completed form and any attachments to Vixicom on or before **August 15, 2016**.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of July, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE