# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**VIXICOM, LLC,**

    Movant,

vs.                                    **CASE NO.:** 16-CV-00703-MSS/JSS

**FOUR CORNERS DIRECT, INC.,**

    Respondent.

_____/

## CERTIFICATE OF SERVICE PURSUANT TO FLA. STAT. § 77.041

Movant/Garnishor, Vixicom, LLC, by and through its undersigned counsel and pursuant to Florida Statutes § 77.041(2), hereby certifies that on July 7, 2016, true and correct copies of following were served via certified First Class US Mail on Respondent/Judgment Debtor Four Corners Direct, Inc., Martin A. Lothman, Registered Agent, 7417 Sanderling Road, Sarasota, FL 34242: Ex Parte Motion for Issuance of Writ of Garnishment [ECF No. 12], Order on Ex Parte Motion for Issuance of Writ of Garnishment [ECF No. 13], the Writ of Garnishment [ECF No. 14], Motion to Require Completion of Florida Rule of Civil Procedure Form 1.977(b) Fact Information Sheet (which includes a copy of the fact information sheet) [ECF No. 3], and the Order granting ECF No. 3 [ECF No. 15].

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, this document was filed via CM/ECF with the Clerk of Court, which will electronically serve a notice on all counsel and parties of record so

2

authorized to receive. I also certify that this document was served via certified US Mail on Martin A. Lothman, Registered Agent, 7417 Sanderling Road, Sarasota, FL 34242, via certified US Mail.

By: s/Daniel A. Krawiec
Daniel A. Krawiec
Florida Bar No. 59136
dkrawiec@hinshawlaw.com
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301
Telephone: 954-467-7900
Fax: 954-467-1024