## **VERIFIED RETURN OF SERVICE**

| | | |
|---|---|---|
| State of | County of | DISTRICT Court |

Case Number: 8:16-CV-00703-MSS-JSS                              Court Date:

Style of Case: VIXICOM, LLC vs. FOUR CORNERS DIRECT INC

**DANIEL A KRAWIEC**
HINSHAW & CULBERTSON, LLP
100 SOUTH ASHLEY DRIVE SUITE 500
TAMPA, FL33602

Received by BOLTER & CARR INVESTIGATIONS, INC. on the Thursday, July 07, 2016 at 10:28:41 AM to be served on WELLS FARGO BANK NA C/O RA CORPORATION SERVICE COMPANY 1201 HAYS ST., TALLAHASSEE, FL 32301.

I, Elmer B. Frost, do hereby affirm that on the **Thursday, July 07, 2016 at 10:35 AM**, I:

Served the within named corporation by delivering a true copy of the **WRIT OF GARNISHMENT, IMPORTANT NOTICE, NOTICE OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY AND OTHER PROPERTY, CLAIM OF EXEMPTION AND REQUEST FOR HEARING.** with the date and hour of service endorsed thereon by me to PAUL GONZALEZ as MANAGER of the within named corporation, and informed said person of the contents therein, in compliance with State Statutes. **Comments pertaining to this service:** SERVED AT 100 S. ASHLEY DR., TAMPA,FL 33602.

I certify that I am over the age of 18, and have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing (RETURN OF SERVICE) and that the facts stated in it are true, per Fla statute 92.525(2)

Elmer B. Frost
91-318975

BOLTER & CARR INVESTIGATIONS, INC.
P.O. BOX 8965,
TAMPA, FL 33674-8965
(813) 251-6033
Job Number: 2016006551