# RETURN OF SERVICE

**USDC MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**  **State of Florida**

**VIXICOM, LLC**

    Petitioner

vs.

**FOUR CORNERS DIRECT, INC.,**

    Respondent

Attorney:

HINSHAW & CULBERTSON LLP
100 SOUTH ASHLEY DRIVE - SUITE 500
TAMPA, FL. 33602

**Case Number:** 16-CV-00703-MSS/JSS

Legal documents received by Accurate Serve FL on July 07th, 2016 at 11:06 PM to be served upon **WELLS FARGO BANK N.A C/O R/A CSC at 1201 HAYS STREET, TALLAHASSEE, FL. 32301**

I, GEOFFREY E. PEACOCK, swear and affirm that on **July 08th, 2016 at 12:00 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **WRIT OF GARNISHMENT** to **LORI DUNLAP** as **REGISTERED AGENT CLERK** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county. I declare that I have read the forgoing instrument and the facts stated in it are true.

_____
**GEOFFREY E. PEACOCK**
Process Server, # 253

**Accurate Serve FL**
**P.O. Box 5141**
**Lakeland, FL 33807**

**(863) 873-6691**

Internal Job ID: 2016002185

Reference Number:

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.