UNITED STATES DISTRICT COURT
MIDDLE DISTRIC OF FLORIDA
TAMPA DIVISION

VIXICOM, LLC,                                              CASE NO.: 16-CV-00703-MSS/JSS

    Plaintiff,

v.

FOUR CORNERS DIRECT, INC.,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

**ANSWER OF GARNISHEE
AND
<u>DEMAND FOR GARNISHMENT FEE</u>**

    COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1.    At the time of service of said Writ and at the time of this Answer (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, <u>Code of Federal Regulations</u>**, if any**, the Garnishee may be indebted to Defendant(s), "Four Corners Direct, Inc.," by virtue of a safe deposit box in the name of "Four Corners Direct Inc, Lena Carlander Lothman, Martin A Lothman" at the following address(es):

8520 S. Tamiami Trl. Unit 2
Sarasota, Florida 34238-3001

and Garnishee in good faith has **placed a "hold" on the Safe Deposit Box** in accordance with Chapter 77, and primarily Section 77.06(2) and (3), *Florida Statutes*.

61598216

2. Under Garnishee's Deposit Agreement with Garnishee's customer, Garnishee has a contractual right to setoff and security interest in its customer's accounts for Legal Process affecting accounts, including garnishments, and it hereby claims this right as an Affirmative Defense. Specifically, among its other rights, Garnishee is authorized to charge against its customer's account a Legal Process Fee in the amount of $125.00. See *Baxter Healthcare Corp. v. Universal Medical Labs, Inc*., 760 So. 2d 1126 (Fla. App. 5 Dist 2000). Said sum has been taken from an account enumerated in paragraph 1 above, or charged to an account(s), and the amount shown in paragraph 1 reflects the sum held and available for garnishment after setoff. Garnishee's Legal Process Fee is in addition to the statutory $100.00 garnishment deposit payable to Garnishee's attorney for filing this Answer (Section 77.28 *Florida Statutes*).

3. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

4. Except as provided in paragraph 1 above, the Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

5. The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by Florida Statute Section 77.28.

## DEMAND FOR GARNISHMENT FEE

The Plaintiff/Plaintiff's Counsel shall pay to the undersigned Law Firm the $100.00 deposit for Garnishee's attorney's fee for issuance of the garnishment Writ in the above-style cause pursuant to Section 77.28, *Florida Statutes*, as amended effective July 1, 2014.

61598216

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No.  042442
P.O. Box 447
Jacksonville, FL 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that a copy hereof has been furnished to the email or mail addresses listed on the attached Service List by email or mail on July 18, 2016.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No.  042442
P.O. Box 447
Jacksonville, FL 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

SERVICE LIST

Daniel A. Krawiec, Esq.
Hinshaw & Culbertson, LLP
(dkrawiec@hinshawlaw.com;;)

61598216

# WELLS FARGO BANK, N.A.

To all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida:

> Re: Payment of the $100 Statutory Deposit
> to Garnishee for its Attorneys Fee

Ladies / Gentlemen:

We hereby make Demand for, and Direct all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida, to pay directly to our attorneys the $100.00 deposit for the payment or partial payment of Garnishee's attorneys' fees "Upon issuance of any writ of garnishment", which, pursuant to Chapter 77, Florida Statutes, as amended as of July 1, 2014, is due to Wells Fargo Bank, N.A., as Garnishee, based on its demand therefor.

Our attorney's address is:

> John B. Kent, Esquire
> Marks Gray, P.A.
> 1200 Riverplace Boulevard, Suite 800
> Jacksonville, Florida   32207
>
> Taxpayer Identification Number: 59-1514046

We appreciate your cooperation.

> Sincerely yours,
>
> *[signature]*
> Erica Cook
> Legal Order Processing Department
> Wells Fargo Bank, N.A.

Please reference the Wells Fargo Bank File Number shown on the bottom left corner of the Garnishee's Answer on the memo portion of the Check. Thank you!