**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


**VIXICOM, LLC,**


      **Movant,**

**vs.**                                **CASE NO.:** 16-CV-00703-MSS/JSS

**FOUR CORNERS DIRECT, INC.,**

      **Respondent.**

_____/

### NOTICE OF SERVICE OF GARNISHEE'S ANSWER

Plaintiff, VIXICOM, LLC ("Vixicom"), by and through its undersigned counsel and pursuant to Florida Statutes § 77.055, hereby gives notice to the following: Four Corners Direct, Inc., c/o Martin A. Lothman, Registered Agent, 7417 Sanderling Road, Sarasota, FL 34242; Martin A. Lothman, individually, 7417 Sanderling Road, Sarasota, FL 34242; and Lena Carlander Lothman, individually, 7417 Sanderling Road, Sarasota, FL 34242, that the Garnishee, Wells Fargo Bank, N.A., has served a Garnishee Answer attached hereto as Exhibit "A."

**NOTICE TO DEFENDANT AND/OR INTERESTED PARTIES**
**OF RIGHT TO DISSOLVE WRIT OF GARNISHMENT**

**Pursuant to Fla. Stat. § 77.055, Judgment Debtor and/or all interested parties disclosed in the attached Answer of Garnishee are hereby notified that he/she must move to dissolve the Writ of Garnishment within 20 days after the date indicated on the certificate of service of this Notice if any allegation in the Motion for Writ of Garnishment is untrue.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, this document was filed via CM/ECF with the Clerk of Court, which will electronically serve a notice on all counsel and parties of record so authorized to receive.  I also certify that this document was served via certified US mail on Four Corners Direct, Inc., c/o Martin A. Lothman, Registered Agent, 7417 Sanderling Road, Sarasota, FL 34242; Martin A. Lothman, individually, 7417 Sanderling Road, Sarasota, FL 34242; and Lena Carlander Lothman, individually, 7417 Sanderling Road, Sarasota, FL 34242via certified US Mail.

By: s/Daniel A. Krawiec
Daniel A. Krawiec
Florida Bar No. 59136
dkrawiec@hinshawlaw.com
Hinshaw & Culbertson LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, Florida  33301
Telephone: 954-467-7900
Fax: 954-467-1024

19179028v1 0964351