UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIXICOM, LLC,                                                       CASE NO.: 8:16-CV-00703-MSS/JSS

      Plaintiff,
v.

FOUR CORNERS DIRECT, INC.,

      Defendant.
_____/

## RESPONSE TO SHOW CAUSE ORDER

Defendant Four Corners Direct, Inc. ("**Defendant**"), by and through undersigned counsel, hereby files this response to the *Show Cause Order* (Doc. No. 26) entered by the Court on October 13, 2016, and states the following:

1. On July 1, 2016, the Court entered a judgment against the Defendant.

2. On September 22, 2016, Plaintiff Vixicom, LLC ("**Plaintiff**") filed a motion for a show cause order because of Defendant's failure to complete a fact information sheet by August 15, 2016.

3. On October 5, 2016, Plaintiff retained undersigned counsel to represent it in this case.

4. On October 5, 2016, undersigned counsel filed a *Notice of Unavailability* informing the Court and parties of counsel's unavailability from October 10th through October 18th.

5. On October 13, 2016, the Court entered its *Show Cause Order*, directing Defendant to respond within seven (7) days as to why it should not be sanctioned.

6. Through this response, Defendant respectfully requests the Court deny Plaintiff's request for sanctions.

1

7. Defendant's president Martin Lothman has suffered from multiple strokes since before the judgment was entered and has been unable to fulfill his responsibilities in this case and only recently was able to retain counsel for the company.

8. After undersigned counsel was retained, she contacted Plaintiff's counsel to inform hiim of Mr. Lothman's health issues, reschedule depositions, and work through other issues in this case. Unfortunately, Plaintiff is unwilling to work with Defendant.

9. Now that Defendant has counsel, we are willing to work with Plaintiff in completing the form and rescheduling the depositions upon approval of Mr. Lothman's physician.

WHEREFORE, for all the reasons outlined above, Defendant hereby requests this Court enter an order denying Plaintiff's request for sanctions and granting such further relief as this Court deems appropriate.

DATED this 19th day of October, 2016.

*/s/ Suzy Tate*
Suzy Tate
Florida Bar No. 22071
**Suzy Tate, P.A.**
14502 N. Dale Mabry Hwy., Suite 200
Tampa, FL 33618
Telephone: (813) 264-1685
Facsimile: (813) 264-1690
suzy@suzytate.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by CM/ECF electronic service, electronic mail, and/or U.S. Mail, postage prepaid to Daniel A. Krawiec, Hinshaw & Culbertson, LLP, One East Broward Blvd, Ste. 1010, Ft. Lauderdale, FL 33301; and via CM/ECF service to the parties receiving such service in the ordinary course of business on this 19th day of October, 2016.

*/s/ Suzy Tate*
Suzy Tate