UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIXICOM, LLC,                                                                CASE NO.: 8:16-CV-00703-MSS/JSS

      Plaintiff,

v.

FOUR CORNERS DIRECT, INC.,

      Defendant.
_____/

## SUGGESTION OF BANKRUPTCY

Four Corners Direct, Inc. (the "**Debtor**") hereby gives notice that on November 8, 2016, they filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, under case number 8:16-bk-09620 (the "Bankruptcy Case").

As a result of the filing of the Bankruptcy Case, certain acts and proceedings against the Debtor and her property are stayed as provided in 11 U.S.C. § 362.  The effect of this stay is generally equivalent to an automatic restraining order against all entities from commencing and continuing any lawsuit or enforcing any judgment against the Debtor, from enforcing any lien against, or attempting to obtain possession of, Debtor's property, or from the setoff of any debt owing to Debtor.

      DATED November 8, 2016

      /s/ *Suzy Tate*
      Suzy Tate
      Florida Bar No. 22071
      **Suzy Tate, P.A.**
      14502 N. Dale Mabry, Ste 200
      Tampa, FL 33618
      Telephone: (813) 264-1685
      Facsimile: (813) 264-1690

suzy@suzytate.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished electronically to all parties that receive electronic notices through the court's electronic noticing system on November 8, 2016.

*/s/ Suzy Tate*

Suzy Tate